IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>        Plaintiff,                                       )<br>                                                              )<br>        v.                                                 )<br>                                                              )<br>JOHN R. ANDERSON, ET AL.,             )<br>                                                              )<br>        Defendant.                               )<br>_____ ) | Case No. 2:-13-cv-1271-JAM-EFB<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF DEADLINES** |

The United States of America's Motion For a Stay of Deadlines to Conduct Rule 26(f) Conference and Submit Discovery Plan in Light of Lapse of Appropriations IS HEREBY GRANTED.

Counsel for the United States will notify the Court as soon as Congress has appropriated funds for the Department of Justice.  At that point, all current deadlines for the parties will be extended commensurate with the duration of the lapse in appropriations.

IT IS SO ORDERED.

Dated:   10/8/2013

/s/ John A. Mendez_____
Hon. JOHN A. MENDEZ
United States District Court Judge