CAROLINE D. CIRAOLO
Acting Assistant Attorney General

CHRISTIAN MEJIA
BORIS KUKSO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 305-7548
Facsimile: (202) 307-0054
E-mail:   christian.mejia@usdoj.gov
          western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cv-1271-JAM-EFB |
| Plaintiff, | |
| v. | JUDGMENT ON FIRST CLAIM FOR RELIEF |
| JOHN R. ANDERSON, ET AL., | |
| Defendant. | |

Pursuant to the stipulation between Plaintiff the United States of America and Defendant Nancy Green, individually and as a representative of the Estate of John R. Anderson, JUDGMENT is hereby entered on the first claim for relief stated in the Complaint as follows:

1. Judgment is entered against the Estate of Mr. Anderson and for the United States in the amount of $55,005.64 for the unpaid tax liabilities for the tax years 2000, 2005, and

2006, plus interest according to 28 U.S.C. § 1961(c) and 26 U.S.C. §§ 6601, 6621(a)(2), from February 28, 2016, until the judgment is paid.

IT IS SO ORDERED.

Dated: 3/24/2016                                  /s/ John A. Mendez
                                                      JOHN A. MENDEZ
                                                     United States District Court Judge