CHRISTIAN MEJIA
Acting Assistant Attorney General

CHRISTIAN MEJIA
BORIS KUKSO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 305-7548
Facsimile: (202) 307-0054
E-mail:   Christian.Mejia@usdoj.gov
             western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cv-1271-JAM-EFB |
| Plaintiff, | |
| v. | JUDGMENT ON THE SECOND CLAIM FOR RELIEF |
| JOHN R. ANDERSON, ET AL., | |
| Defendant. | |

Pursuant to the stipulation between Plaintiff the United States of America and Defendant Nancy Green, individually and as a representative of the Estate of John R. Anderson, JUDGMENT is hereby entered on the second claim for relief stated in the Complaint as follows:

1. The United States has valid statutory liens for unpaid federal taxes that arose pursuant to 26 U.S.C. §§ 6321 and 6322, and attach to all property and rights to property belonging

to the Estate of Mr. Anderson, including the real property located at 1601 Berkeley Way, Sacramento, California, 95819 ("the Berkeley Way Property").

2. The United States' federal tax liens have priority over any and all interests in the Berkeley Way Property held by Ms. Green and/or the Estate of John R. Anderson.

3. It is declared and adjudged that any and all transfers from Mr. Anderson and/or Ms. Green are null and void, are to be set aside, and have no effect as to the rights of the United States with respect to the Berkeley Way Property.

4. It is further declared and adjudged that Ms. Green holds only bare legal title of the Berkeley Way Property as the nominee, alter ego, and/or fraudulent transferee of Mr. Anderson.

IT IS SO ORDERED.

Dated: 3/24/2016  /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge