CAROLINE D. CIRAOLO
Principal Deputy Assistant Attorney General

CHRISTIAN MEJIA
BORIS KUKSO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 305-7548
Facsimile: (202) 307-0054
E-mail: christian.mejia@usdoj.gov
   western.taxcivil@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California
*Of Counsel*

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cv-1271-JAM-EFB |
| Plaintiff, | |
| v. | ORDER ON STIPULATION OF DISMISSAL WITHOUT PREJUDICE REGARDING THE UNITED STATES' THIRD CLAIM FOR RELIEF |
| JOHN R. ANDERSON, ET AL., | |
| Defendant. | |

The parties have jointly submitted a Stipulation of Dismissal Without Prejudice Regarding the United States' Third Claim for Relief to the Court.

//

//

//

Accordingly, the United States' Third Claim for Relief is dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and the parties will bear their own respective costs and expenses.

**IT IS SO ORDERED.**

Dated: 7/20/2016                             /s/ John A. Mendez_____
                                             John A. Mendez
                                             United States District Court Judge